In the Matter of Michael Bethea, Appellant, v Anthony Annucci, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [53 NYS3d 867]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered January 20, 2016 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Petitioner appeals from a judgment dismissing his petition pursuant to CPLR article 78 seeking to annul the determination of the Parole Board denying him parole release. We conclude that " '[t]his appeal must be dismissed as moot because the determination expired during the pendency of this appeal, and the Parole Board denied petitioner's subsequent request for parole release' " (*Matter of Porter v Annucci*, 148 AD3d 1779, 1779 [2017]). Contrary to petitioner's contention, the exception to the mootness doctrine does not apply here (*see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Present—Carni, J.P., Lindley, DeJoseph, Curran and Troutman, JJ.